**GRASSO**
— LAW FIRM —

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
    Attorneys for Defendant GEO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronnie Rae Osirio, Jr.,<br><br>    Plaintiff,<br>vs.<br><br>State of Arizona; JA Rodriguez, an individual and Jane Doe Rodriguez, husband and wife; The Geo Group, Inc., a corporation, et al.,<br><br>    Defendants. | Case No. CV-24-03692-PHX-SMB (DMF)<br><br>**DEFENDANT GEO GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant GEO Group, Inc. in compliance with the provisions of:

■    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐    Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed

to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

■ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 3rd day of January, 2025.

**GRASSO LAW FIRM, P.C.**

By: */s/ Pari K. Scroggin*
Robert Grasso, Jr.
Pari K. Scroggin
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
  Attorneys for Defendant GEO

# CERTIFICATE OF SERVICE

I certify that on the 3rd day of January, 2025, I electronically filed the foregoing via the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. Scott Halverson
**LAW OFFICES OF J. SCOTT HALVERSON, P.C.**
2173 E. Warner Road, Suite 101
Tempe, Arizona 85284
scott@halversonfirm.com
   Attorney for Plaintiffs

Jonathan Yu
**BROENING OBERG WOODS + WILSON**
2800 N. Central Ave., #1600
Phoenix, Arizona 85004
jyy@bowwlaw.com
Attorneys for Defendant JA Rodriquez

Lucy M. Rand
**OFFICE OF THE ATTORNEY GENERAL**
2005 N. Central Ave.
Phoenix, Arizona 85004
Lucy.Rand@azag.gov
Attorneys for Defendant State of Arizona


By: /s/ Donna Ross – dross@grassolawfirm.com